An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROGER HULL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63362

FILED

SEP 19 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying an "amended" post-conviction petition for a writ of habeas corpus.[1] Second Judicial District Court, Washoe County; Janet J. Berry, Judge.

In his amended petition, filed on March 29, 2013, appellant attempted to supplement claims he raised in a petition he had filed on November 16, 2012. Having reviewed the record on appeal, we conclude that substantial evidence supports the decision of the district court to deny relief and that the district court did not err as a matter of law. *Riley v. State*, 110 Nev. 638, 647, 878 P.2d 272, 278 (1994). We therefore affirm

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27907

the denial of the petition for the reasons stated in the attached district court order. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Janet J. Berry, District Judge
       Roger Hull
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.

FILED
Electronically
05-22-2013:03:15:59 PM
Joey Orduna Hastings
Clerk of the Court
Transaction # 3743173

CODE 3370

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

ROGER HULL,

                    Petitioner,

vs.

THE STATE OF NEVADA,

                    Respondent.

Case No. CR00P0081

Dept. No. 1

/

**ORDER DENYING AMENDED PETITION FOR HABEAS CORPUS (POST-CONVICTION)**

On March 29, 2013, Petitioner Roger Hull ("Hull"), in proper person, filed an *Amended Petition for Writ of Habeas Corpus (Post-Conviction)* ("*Amended Petition*"). The matter has been submitted for decision.

Hull filed a *Petition for Writ of Habeas Corpus (Post-Conviction)* ("original *Petition*") on November 16, 2012. This Court issued an order denying Hull's original *Petition* on March 27, 2013. On April 5, 2013, Hull filed a *Notice of Appeal* concerning the denial of his original *Petition*.

"[A] timely notice of appeal divests the district court of jurisdiction to act and vests jurisdiction in [the Supreme Court of Nevada]." *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688, 747 P.2d 1380, 1382 (1987) (citation omitted). The Court has reviewed the record in its entirety.

-1-

The Court finds it lacks jurisdiction over Hull's *Amended Petition*, because this case is on appeal at the Supreme Court of Nevada.

Accordingly, and good cause appearing, Hull's *Amended Petition* is DENIED.

DATED: This 22nd day of May, 2013.

Janet J. Berry
DISTRICT JUDGE